# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Beyond Nuclear, Inc.

**v.**  **Case No:** 15-1173

U.S. Nuclear Regulatory Comm'n et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ◉ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

United States of America

Names of Parties                Names of Parties

### Counsel Information

**Lead Counsel:** Evelyn S. Ying

**Direct Phone:** ( 202 ) 514-4786  **Fax:** ( 202 ) 353-1873  **Email:** evelyn.ying@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (    )    -       **Fax:** (    )    -       **Email:**

**3rd Counsel:**

**Direct Phone:** (    )    -       **Fax:** (    )    -       **Email:**

**Firm Name:** Appellate Section, Environment & Natural Resources Division, U.S. Dept. of Justice

**Firm Address:** P.O. Box 7415, Washington, DC  20044-7415

**Firm Phone:** ( 202 ) 514-2748  **Fax:** ( 202 ) 353-1873  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, I electronically filed the foregoing "Entry of Appearance" with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Counsel for all parties are registered with the CM/ECF system and received service through that method.

/s/ Evelyn S. Ying
EVELYN S. YING
Attorney, Appellate Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington DC 20044
(202) 514-4786
evelyn.ying@usdoj.gov